# Exhibit A

| Civil Action No. | Defendants Name | Status |
|---|---|---|
| 04-427 | Universal Chemical Corporation | A settlement agreement has been filed and approved by the Court. Upon confirmation of clearance of settlement funds, Plaintiff will dismiss this action. Accordingly, defendant's counsel is not required to appear at the status hearing* |
| 04-428 | Solares & Co., Inc. | A settlement agreement has been filed and approved by the Court. Upon confirmation of clearance of settlement funds, Plaintiff will dismiss this action. Accordingly, defendant's counsel is not required to appear at the status hearing* |
| 04-429 | Popular Auto Inc. | Plaintiff has received a fully executed settlement agreement. Plaintiff will file a 9019 motion; and dismiss action, upon confirmation of receipt of funds. |
| 04-430 | Canada Life Assurance Company | A settlement agreement has been filed and approved by the Court. Upon confirmation of clearance of settlement funds, Plaintiff will dismiss this action. Accordingly, defendant's counsel is not required to appear at the status hearing* |
| 04-431 | Wackenhut PR Inc. | A settlement agreement has been filed and approved by the Court. Upon confirmation of clearance of funds, Plaintiff will dismiss this action. Accordingly, defendant's counsel is not required to appear at the status hearing* |
| 04-432 | LL Mechanical Contractors & Electronic, Inc. | Default Judgment entered June 23, 2004. |

---

* unless directed by the Court after the filing of this agenda.

1

| Civil Action No. | Defendants Name | Status |
|---|---|---|
| 04-433 | Camioneros Cooperative | Plaintiff filed a Notice of Completion of Briefing With Respect To Plaintiff's Motion For Partial Summary Judgment as to the Preference Transfers and As to Defendant's Affirmative Defenses on March 4, 2005 and is awaiting the Court's decision/order. New defense counsel has requested that motion be withdrawn by reason of claimed incapacity of former defense counsel. |
| 04-434 | A.I. Credit Corp.; Imperial A.I. Credit Companies | Plaintiff is waiting for settlement agreement to be fully executed. Upon receipt of executed agreement Plaintiff will file a 9019 motion; and dismiss action, upon confirmation of receipt of funds. |
| 04-435 | Ponce Maintenance | A settlement agreement has been filed and approved by the Court. Upon confirmation of receipt of funds, Plaintiff will dismiss this action. Accordingly, defendant's counsel is not required to appear at the status hearing* |
| 04-436 | McConnell Valdes | Plaintiff is waiting for settlement agreement to be fully executed. Upon receipt of executed agreement Plaintiff will file a 9019 motion; and dismiss action, upon confirmation of receipt of funds. |
| 04-437 | Centennial PR | A settlement agreement has been filed and approved by the Court. Upon confirmation of clearance of funds, Plaintiff will dismiss this action. Accordingly, defendant's counsel is not required to appear at the status hearing* |
| 04-438 | Texaco Industries, Inc. | A settlement agreement has been filed and approved by the Court. Upon confirmation of clearance of settlement funds, Plaintiff will dismiss this action. Accordingly, defendant's counsel is not required to appear at the status hearing* |

---

* unless directed by the Court after the filing of this agenda.

3

| Civil Action No. | Defendants Name | Status |
|---|---|---|
| 04-439 | American Express | A settlement agreement has been filed and approved by the Court. Upon confirmation of clearance of funds, Plaintiff will dismiss this action. Accordingly, defendant's counsel is not required to appear at the status hearing* |
| 04-440 | First International Oil LTD | This matter is subject to a tolling agreement and is in abeyance at present. |
| 04-441 | Industrial Hydrovac Services, Inc. | A settlement agreement has been filed and approved by the Court. Upon confirmation of clearance of settlement funds, Plaintiff will dismiss this action. Accordingly, defendant's counsel is not required to appear at the status hearing* |
| 04-442 | Gulf Chemical Corp. | The Court denied defendant's motion to dismiss the complaint. Defendant's answer is due May 19, 2005. |

---

* unless directed by the Court after the filing of this agenda.

3