IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CARIBBEAN PETROLEUM LP,<br>et al.,<br><br>    Debtors. | )<br>)<br>)<br>)<br>) | Chapter 11<br><br>BK. Nos. 01-11657-PJW<br>  through 01-11661-PJW |

| | | |
|---|---|---|
| HERNAN SERRANO, Trustee of<br>the Caribbean Petroleum<br>Creditors' Trust, and on<br>behalf of the estates of the<br>above captioned debtors,<br>Caribbean Petroleum, et al.,<br>as authorized representative,<br><br>    Plaintiff,<br><br>    v.<br><br>PONCE MAINTENANCE<br>CORPORATION, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 04-435-SLR |

## O R D E R

At Wilmington this 25th day of September 2007, plaintiff having filed a

notice of approval of settlement agreements on June 14, 2005 pursuant to the Order

Approving Settlements of Preference Adversary Proceedings issued by the Bankrupcty

Court on February 18, 2005;

    IT IS ORDERED that the above captioned action shall be dismissed

pursuant to Federal Rule of Civil Procedure 41(a)(2).

                United States District Judge